UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

**Oscar Rojas Valera**                                    Case No.: 15-25066-LMI
                                                          Chapter: 13

Debtor,

_____/

**MOTION TO DETERMINE THAT JOINT PROPERTY IS EXEMPT AS TENANTS BY THE ENTIRETIES**

COMES NOW Debtor **Oscar Rojas Valera** ("Debtor"), moves this Honorable Court to determine that 1) 2006 Ford F150 STX / XL / XLT. VIN#. 1FTRF12236NB31008 and 2) 2006 Toyota 4Runner SR5 / Sport. VIN#. JTEZU14R868048782 are exempt as Tenants by the Entireties pursuant to through this MOTION TO DETERMINE THAT JOINT PROPERTY IS EXEMPT AS TENANTS BY THE ENTIRETIES

1. Debtor filed bankruptcy on August 20, 2015.
2. Debtor is married with non-filing spouse Dora Ramirez.
3. Debtor and non-filing spouse are joint owners of two vehicles, identified as follows and referred in this Motion as "vehicles":
    a. 2006 Ford F150 STX / XL / XLT. VIN#. 1FTRF12236NB31008
    b. 2006 Toyota 4Runner SR5 / Sport. VIN#. JTEZU14R868048782
4. The ownership of the two vehicles can be described as follows:
    a. Unity of Possession - Both debtor and non-filing spouse jointly own and control both vehicles.
    b. Unity of Interest - Both debtor and non-filing spouse have a unified title interest in the both vehicles.
    c. Unity of Title - - Both debtor and non-filing spouse have a unified title interest in the both vehicles.
    d. Unity of Time - The property as acquired by the debtor and non-filing spouse at the same time

      e. Survivorship - Debtor and non-filing spouse own the property as married persons with no indication of any other separation of title.

      f. Unity of Marriage - Debtor and non-filing spouse were married at time of the purchase of the vehicles.

5. Pursuant to Florida Statutes property owned by a debtor and a non-filing spouse is exempt from collection or attachment by the creditors of the debtor.

6. Debtor and non-filing spouse have no joint debts as evidenced by the schedules and the creditor registry in this case.

7. For these reasons, Debtor seeks a determination by the Court that the property described above as the vehicles are owned as exempt as *tenants by the entireties*.

8. This Motion is filed in good faith, for the reason set forth herein and for no other reason.

**WHEREFORE**, Counsel respectfully moves this Honorable Court to (i) enter an Order determining 1) 2006 Ford F150 STX / XL / XLT. VIN#. 1FTRF12236NB31008 and 2) 2006 Toyota 4Runner SR5 / Sport. VIN#. JTEZU14R868048782 are owned by the Debtor and non-filing spouse as *tenants by the entireties* and exempt.

Respectfully submitted,

MENDEZ LAW OFFICES, PLLC
Attorney for Debtor
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email: info@mendezlawoffices.com
By: _____/s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748